George P. Huffman et al., appellants, v. H. W. Dubiske & Company, appellee. Gen. No. 34,417.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed December 1, 1930.

Brown, Brown & Brown, for appellants. Latimer & Donovan, for appellee; Daniel L. Donovan and Chester E. Lewis, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.